IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 6:19-CR-07 |
| | § | |
| DANIEL DRIVER | § | |

## ELEMENTS OF THE OFFENSE

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Texas, and files this pleading summarizing the elements of the offense to which the defendant intends to enter a plea of guilty to Count One of the Information.

Title 14, United States Code, Section 88(c), makes it a crime for anyone to knowingly and willfully communicate a false distress message to the Coast Guard or cause the Coast Guard to attempt to save lives and property when no help is needed.

To establish that the defendant is guilty of making a false distress call to the Coast Guard, the government must prove the following beyond a reasonable doubt:

*First*: That the defendant made a false distress message to the Coast Guard or caused the Coast Guard to attempt to save lives and property when no help was needed; and

*Second*: That the defendant did so knowingly and willfully.

**Elements of the Offense - Page 1**

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
Assistant United States Attorney
Texas Bar No. 24060122
110 N. College, Ste. 700
Tyler, TX 75702
(903) 590-1400
(903) 590-1439 (fax)
Nathaniel.Kummerfeld@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Elements of the Offense was served on counsel of record for defendant via the court's CM/ECF on this the 1st day of November, 2019.

*/s/ Nathaniel C. Kummerfeld*
Nathaniel C. Kummerfeld